[Crim. No. 1707. First Appellate District, Division One.—April 28, 1933.]

THE PEOPLE, Respondent, v. J. W. HALL, Appellant.

Leo A. Sullivan and J. L. Royle for Appellant.

U. S. Webb, Attorney-General, and Seibert Sefton for Respondent.

THE COURT.— Application for admission to bail pending appeal. From an examination of the record, we are

satisfied that the trial court did not abuse its discretion in denying defendant's motion to be admitted to bail pending the hearing on appeal. The application is therefore denied.